IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02255-DME-BNB

MIKE MARZONIE,

Plaintiff,

v.

SHERIFF FRED WAGNER, and
DEPUTY JEFF WOODS,

Defendants.
_____

**ORDER FOR PERSONAL SERVICE BY UNITED STATES MARSHAL**
_____

On April 27, 2007, the United States Marshal was ordered to personally serve the defendants. [Doc. #20-2, "Special Instructions"]. On May 17, 2007, the Marshal filed a Process Receipt and Return for each defendant. [Docs. # 23 and 24] (the "Returns"). The Returns state that the defendants were not personally served. Accordingly,

IT IS ORDERED that within forty-five days of the date of this Order, the United States Marshal shall personally serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915 and all other orders upon defendants Sheriff Fred Wagner, and Deputy Jeff Woods. All costs of service shall be paid by the United States Marshal.

Dated June 11, 2007.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge