IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02255-DME-BNB

MIKE MARZONIE,

Plaintiff,

v.

SHERIFF FRED WAGNER, and
DEPUTY JEFF WOODS,

Defendants.

---

**AMENDED ORDER FOR PERSONAL SERVICE BY UNITED STATES MARSHAL**

---

On April 27, 2007, the United States Marshal was ordered to personally serve the defendants. [Doc. #20-2, "Special Instructions"]. On May 17, 2007, the Marshal filed a Process Receipt and Return for each defendant. [Docs. # 23 and 24] (the "Returns"). The Returns do not indicate that the defendants were personally served. Accordingly,

IT IS ORDERED that within forty-five days of the date of this Order, the United States Marshal shall personally serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915 and all other orders upon defendants Sheriff Fred Wagner, and Deputy Jeff Woods. All costs of service shall be paid by the United States Marshal.

Dated January 3, 2008.

BY THE COURT:

Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02255-DME-BNB

Mike Marzonie
385 Quartz Circle
Bailey, CO 80421

US Marshal Service
Service Clerk
Service forms for: Sheriff Fred Wagner and Deputy Jeff Woods,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Sheriff Fred Wagner and Deputy Jeff Woods: COMPLAINT FILED 12/11/06, ORDER FILED 4/19/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 01/03/08  .

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk