IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02255-DME-BNB

MIKE MARZONIE,

Plaintiff,

v.

SHERIFF FRED WAGNER, and
DEPUTY JEFF WOODS,

Defendants.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Amend Complaint** [docket no. 53, filed June 27, 2008] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached First Amended Complaint and Jury Demand.


DATED: July 3, 2008