IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-cv-02255-DME-BNB

MIKE MARZONIE,

    Plaintiff,

vs.

SHERIFF FRED WAGNER and
DEPUTY JEFF WOOD,

    Defendants.

## ORDER OF DISMISSAL

This matter comes before the Court pursuant to Rule 41(b) upon the parties' stipulation to dismiss. The Court sees no impediment and orders that this case be dismissed with prejudice, each side to bear its own fees and costs.

Done this 12th day of November, 2008

BY THE COURT:

*s/ David M. Ebel*
_____
Judge David Ebel